Date 2/5/15

To: Court Of Appeals

Court of Appeals Number 04-14-00785-cv

Trail Court Case Number 2011-CI-15957

Style Maryann Castro

VS

Manuel Castro



## Summary Of Argument the trial Judge Erred In Excluding and failing to Consider Critical Evidence

Now here comes Appellant Maryann Castro to the Fourth Court Of Appeals, The Trial Court Judgment in The Agreement for Final Divorce signed Oct 30, 2013.The Agreement is a fraud, contains Appellee Manuel Castro, gaining equity, of 40,000 based on a Comparative Market Analysis-Realtors Opinion. Appellee Manuel Castro and Mistress Christina Pacheco turned in this Document to Overvalue the Martial Property to hurt Appellant Maryann Castro, defraud, her Spousal Maintence, and her home with the fraud realtors Appraisal Showing the Appraisal 351,000. A realtor's opinion it says not to be used as an appraisal. A bank does not lend on a Comparative Market Analysis-A realtors Opinion it contains a realtors commission, not actual value of home.

Appellant Maryann Castro was not given her right as spouse, to present a Certified Appraisal that shows the actual value $220,000.

Appellee Manuel Castro was not paying the mortgage, on or about Aug 2012 Appellee Manuel Castro filed Bankruptcy and did not tell the Court Oct 30, 2013, and Appellant Maryann Castro, Attorney Dinorah Diaz, and Counsel Joseph Appelt did not tell the Court.

The bankruptcy was active Oct 30, 2013, the stay was not lifted Attorney Diaz, And Attorney Appelt committed Malpractice proceeding a divorce in active bankruptcy and withheld that important information from Judge Canales and Appellant Maryann Castro.

Appellant Maryann Castro paid for stay to be lifted June 2014, to proceed in divorce.

In the Agreement it states Appellee Manuel Castro to prevent Foreclosure not to jeopardize Appellant Maryann Castro interest in the home, Appellee Manuel Castro, had the Davis law firm Cancel Bankruptcy, Attorney Appelt Attempted to force sale of Appellant Maryann Castro homestead, it was denied by Judge LittleJohn, Appellee Manuel Castro made no attempts to resolve Mortgage and prevent loss of interest in protecting Appellant interest in the community. Appellant Maryann Castro hired Attorney Matthew Obremier, to protect Community by tro, Community was scheduled for foreclosure 1/6/2015, Appellee Manuel Castro did not do anything to prevent foreclosure.

Appellee Manuel Castro hid martial asset Keough retirement pension plan another fraud, committed in the final agreement for divorce signed 10/30/2013.

Appellant Maryann Castro is disabled, that is another fact hidden Appellee Manuel Castro did not support her during separation, stop direct deposit, was not paying the mortgage, and risked his marriage, home, to continue his adulterous affair with Mistress Christina Pacheco which began on or about 7/2011 and they both lived together on or about 10/2011 Attorney Dinorah Diaz has a Deposition in which Appellee Manuel Castro admitted to his affair, and Christina Pacheco signed the Agreement for Final Divorce Oct 30,2013, admitting to the affair the non-spouse, who has continued her affair with Appellee Manuel Castro, and continues to intervene in matters of the Community, Christina Pacheco contacted the mortgage company Wells Fargo and had Appellant Maryann Castro removed as contact person ,and sent picture, to Appellant Maryann Castro via text, picture Christina Pacheco and Leila Silva Manuel Castro sister stole mail and Forwarded Appellant Maryann Castro mortgage statement to Leila Silva home residence in Elmendorf, Appellant Maryann Castro has been harassed by Appellee Manuel Castro mistress Christina Pacheco with the intent to harm Appellant Maryann Castro. Appellee Manuel Castro Mistress Christina Pacheco is third party non spouse involved in Conspiracy to commit fraud of the Community Appellants Maryann Castro disabled person Homestead.

The Final Agreement is a document that has fraud, and adultery, discrimination, the cause of this Marriage ending is not irreconcilable differences, Appellee Manuel Castro committed Adultery, fraud on the community, hiding a martial asset Keough Pension Plan, with the intent to hurt Appellant Maryann Castro, Discrimination of a disabled spouse, Appellee Manuel Castro committed Adultery with the non-spouse Christina Pacheco, Appellee Manuel Castro intent was to harm Appellant Maryann Castro financially, Appellee Manuel Castro intent was to harm Appellant Maryann Castro when he abandoned his home and marriage for the non-spouse mistress Christina Pacheco, his involment in conspiracy to commit fraud on the martial overvalue the community, with intent to steal 40,000, of fraud equity. Appellee Manuel Castro owed a high dollar amount in the mortgage when he signed agreement for final Divorce Oct 30, 2013, and was in active bankruptcy and hid that from the Court, and Appellant Maryann Castro.

Appellant Maryann Castro, was hurt in the Agreement for final Divorce signed Oct 30, 2013.This was a thirty year marriage that ended due to adultery, fraud, third party intervene non spouse mistress Christina Pacheco. The final agreement for divorce is a copy not the original and it is fraud, motion to accept and file copy of Agreement/order needs to be voided it was never filed due to the community status, Counsel Appelt Filed a motion knowing he committed a malpractice in this agreement with intent to cover up his part of fraud in the Agreement for Final divorce Appellee Manuel Castro was in active bankruptcy the stay was not lifted at the time of signing agreement.

Appellant Maryann Castro right to spousal maintenance disabled spouse thirty year marriage

Appellant right to keep her homestead the Community

Appellant Maryann Castro right to Johnson Control Retirement

Appellant Maryann Castro right to void modify Agreement/Order due to fraud, mistake of Counsel ,o overvalue the Community,3rd party mistress intent to Commit fraud in the Community.

Appellant Maryann Castro right for Attorney fees

Appellant Right to Keough retirement Plan

Appellant right to the 99 Subaru

Appellant Maryann Castro prays for Justice from the Court, Appellee Manuel Castro committed fraud, and Adultery.

Appellant Maryann Castro tried to save her thirty year marriage to Appellee Manuel Castro even spoke to Appellee Manuel Castro, and said the following a marriage is for better for worse we are at our worse let's make it better, he still left and stopped paying all the bills, only offered dog food with intent to hurt Appellant Maryann Castro.

Appellant Maryann Castro prays the Court to award her all her rights that were not given to her at the time Agreement for Final Divorce was signed Oct 30, 2013.

In closing there is no equity in the Community.

Appellee Manuel Castro owes the Mortgage see BSI Statement 73967.02

Appellant Maryann Castro stopped foreclosure and is now in process with Attorney Matthew Obremier to proceed in a Modification BSI Bank on the Community in which Appellant Maryann Castro lives at 1501 Olive.

Appellant Maryann Castro prays for Justice and to honor her legal right by applying the motions she has filed with the Court Of Appels. Wrongful conduct Rico Conspiracy,Bankston,251sw2d768,722 misled representations fraud in the community.


Respectfully

Maryann Castro

Appellant /Prose

1501 Olive

Jourdanton Texas 78026

Pacattitude2014@gmail.com

830-496-0133

see Copy of Exhibits.

CAUSE NO. 2011-CI-15957

In the matter of
the marriage of
Manuel Castro
vs and

Mary Ann Castro

Non-Spouse Respondent
Tina Pacheco

IN THE DISTRICT COURT

45th JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

**AGREEMENT FOR** Final Divorce

On the 30 day of October, 20 13, came on to be heard the above styled and numbered cause of action.

Petitioner and Respondent appeared in person and announced ready. After conference, the parties reached an agreement on the terms and conditions set forth below.

By the signatures below the parties acknowledge that this agreement expresses the entire understanding and accord of the parties in consent that the Court may, without further notice, enter binding orders in accordance with this agreement.

1. Grounds: Irreconsiable differences

2. Property Award Petitioner Manuel Castro awarded 100% of his 401k resultant from employement w/ Johnson Controls and for consideration of his reduced equity as an offeset in interest in property located at 1501 Olive Street, Jourdanton, Texas 78026. ② Awarded #40,000 in equity of the home located at 1501 Olive Street, Jourdanton, Texas at time of refinancing but no later than Febuary 28, 2014 11:59pm. ③ All personal property in his possession or subject to his control ④ Pictures + paper of father and books if any in Mary Ann Castro Posses.
Respondent Mary Ann Castro awarded the marital residence located at 1501 Olive Street, Jourdanton Texas 78026 subject to #40,000 equity award to husband and any and all contents in home and her possession and subject to her control. ③ the animals in her possession.

3. Debts: Each party is responsible for the debts in their name.
- Each party pays own attorney fees + cost associated with this litigation. Mary Ann Castro is responsible for the mortgage + related expenses of the home awarded to her at 1501 Olive Street, Jourdanton, Texas 78026. Manuel Castro responsible for his bankruptcy payments

Page 1 of 2

Parties/Attorneys Initials  MC   MAC
                          Petitioner  Respondent

page 1 of 4

CAUSE NO. 2011-CI-15957

. **Temporary/Permanent Injunction:** _____

NO ALIMONY AWARDED

All parties agree in good faith to cooperate, to execute all documents necessary to effectuate the desired intent and agreement of the parties." All parties further agree to not impede or otherwise interfer with Mary Ann Castro's attempts to refinance the home at 1501 Olive Street, Jourdanton, Texas 78026.

See Attachment A&B for other terms

SIGNED and ENTERED on this ___30___ day of ___October___ 20_13_

_____
JUDGE PRESIDING Hon. David Canales

**APPROVED AS TO FORM:**

_____
Attorney for Petitioner Joseph Appealt
TBN: 00739809

_____
Attorney for Respondent TBN: 05804750
M. Dinorah Diaz

**APPROVED AS TO FORM AND SUBSTANCE:**
(Please provide complete mailing address below.)

x _____
Petitioner (signature) Manuel Castro

_____
Non Spouse - Respondent
Tina Pacheco Pro Se
625 Houston St Pleasanton Tx 78064
Address

_____
Respondent (signature) Mary Ann Castro

_____
City / State / Zipcode
830/570-5870
Telephone Number

✱ If Respondent or Petitioner is unrepresented, <u>always</u> include a mailing address.

MC CP MAC

continuation

Other terms concerning 1501 Olive Street, Jourdanton, Texas 78026

(A) Mary Ann Castro shall use due diligence in attempting to have home refinanced by Febuary 28, 2014, 11:59 pm. If Mary Ann Castro is unable to refinance home or otherwise remove Manuel Castro's name of the mortgage of the home on Olive Street, Jourdanton, then she or any party may move to extend time to refinance upon motion or assertion with the court for that extension of time. Mary Ann Castro need show due diligence.

(B) If Manuel Castro has to expend funds to prevent foreclosure, he shall be entitled to reimbursement of that cost from sale of the home. Manuel Castro authorized to do what he needs to prevent foreclosure of home without harming Maryann castros interest!

(C) If the Olive Street home is unable to be refinanced by the designated period by the court, then the home shall be sold and $40,000 shall be awarded + paid to Manuel Castro and the balance of the proceeds shall be paid + awarded to Mary Ann Castro.

Only contested issue

Judge determined time for refinancing, to Febuary 28, 2014 11:59pm, and other terms regarding extention of time to do so.

JP   CVP   MC   MAC

The parties retain their position and rights to assert any and all claims and or defenses pertaining to the lawsuit involving the mobile home w/ green tree serviceing.

2/13/2012

TO: EDWARD PIKER ATTORNEY FOR MARYANN CASTRO

FROM: RUDY PACHECO

EVIDENCE OF AFFAIR MANUEL CASTRO HAS BEEN HAVING WITH MY WIFE
TINA PACHECO.
ON OR ABOUT 7/3/11 THAT'S WHEN THE AFFAIR BEGAN

I RUDY PACHECO AM A WITNESS TO THE FOLLOWING:

MANUEL CASTRO, HAS BEEN HAVING AN AFFAIR WITH MY WIFE TINA
PACHECO, THEY LIVED TOGETHER IN ELMENDORF ON HICKORY
SHAWDOW WITH MANUEL CASTRO SISTER, LEILA SILVA AND HER
HUSBAND REY SILVA.
FROM JULY/3/11 TO AUG 18/11 SHE LEFT ME SAID SHE WANTED SOME TIME
ALONE, SHE WAS LVING WITH MANUEL, And I QUESTIONED HER TALK TO
HER DAILY WE WOULD GO EAT DAILY. SOMETHING DID NOT SEEM RIGHT,
BECAUSE MY WIFE OF 30 YEARS DID NOT WANT TO BE HOME AT OUR
RESIDENCE IN PLEASANTON TEXAS.
MANUEL CASTRO CALLED MY WIFE EVEN THOUGH HE KNEW SHE AND I
WERE MARRIED, I WOULD SEE HIM STALKING OUR HOME, I ASKED MY
WIFE OVER AND OVER WHO WAS MANUEL CASTRO, SHE CLAIMED SHE DID
NOT KNOW HE KEPT CALLING HER BOTHERING HER MANUEL CASTRO HAS
A WIFE WHOM I KNEW AND WAS NOT AWARE HER HUSBAND WAS
CALLING MY WIFE AND STALKING HER.
FROM THE AFFAIR THAT BEGAN IN JULY 3, 2011 I NOTICED MY WIFE
TEXTING MARYANN CASTRO AND I QUESTIONED HER SHE WOULD CALL
MS MARYANN CASTRO CRAZY AND THAT MS CASTRO WAS THE ONE THAT
WAS TEXTING, HER, I MET MS CASTRO AND COME TO FIND OUT MY WIFE
TINA PACHECO WAS CALLING HER HUSBAND AND HARRASSING MS
CASTRO I DID NOT KNOW MY WIFE HAD BEEN CALLING MANUEL CASTRO
SHE KEPT SAYING SHE DID NOT KNOW AND DID NOT KNOW WHAT HE
WANTED, SHE LIED. SHE RETURNED HOME AFTER BEING AWAY ALMOST
TWO MONTHS,SHE WAS LIVING IN ELMENDORF WITH MANUEL
CASTRO.THE AFFAIR DID NOT STOP EVEN THOUGH SHE RETURNED HOME
ON OR ABOUT 8/19/2011
MY WIFE TINA PACHECO WOULD RUN OFF AT WEEKENDS, SHE WOULD BE
TEXTING MANUEL CASTRO AND MANUEL CASTRO WOULD BE CALLING
HER, EVERYTIME MY WIFE RAN OFF WITH MANUEL CASTRO, WHEN HE
WOULD CALL, SHE RETURNED WITH HICKEYS, WAS OUT LATE SOMETIME
NEVER RETURNED,HOME . SHE MADE ALL SORTS OF EXCUSES TO GET OUT
OF THE HOUSE.

1

MARYANN CASTRO HAS BEEN THE ONE WHO HAS BEEN HARRASSED BY MY WIFE TINA PACHECO BECAUSE MY WIFE HAD BEEN HAVING A SEXUAL AFFAIR WITH MANUEL CASTRO.

MY WIFE TINA PACHECO HANDLED MY MONEY I WOULD CASH MY CHECK AND HAND HER MY MONEY SHE NEVER PUT ME ON OUR ACCOUNT I WOULD SEE THE BANK STAEMENT STATEMENT COME TO FIND OUT SHE WAS USING MY MONEY TO PAY FOR HOTEL ROOMS, CLOTHES, BOOTS, GO OUT TO EAT, PAID HIS CELL PHONE BILL, GIVE HIM MONEY, WITH MY MONEY.

830-200-8585 IS MANUEL CASTRO CELL PHONE NUMBER I CALLED HE CALLED ME BACK TOLD ME HAS MY WIFE SAID SHE LOVED ME THAT HE DID WANT PROBLEMS WITH ME OR MY SONS, ABOUT 1AM ON OR ABOUT 9/14/11.HE WAS DRUNK, HE TOLD ME HE AND MY WIFE WERE HAVING AN AFFAIR,AND SHE WAS PAYING WITH MY MONEY FOR HER AFFAIR WITH MANUEL CASTRO.

I STARTED QUESTIONING MY WIFE ABOUT MONEY BECAUSE ON FRIDAY I WOULD GET HOME EARLY SHE WOULD NOT BE HOME SHE WOULD TAKE OFF FROM OUR HOME NEVER CALLED ME I WOULD KEEP CALLING HER UNTIL SHE RETURNED I KNEW SHE WAS RUNNING AROUND WITH MANUEL CASTRO SHE KEPT DENYING SAYING SHE WAS AT HER MOMS, SISTER, A FRIEND NAME LAURA

MANUEL CASTRO IS AT FAULT FOR BREAKING UP MY MARRIAGE HE KEPT CALLING MY WIFE TINA PACHECO,I SAW HIS NUMBER ON CALLER ID AND I SAW HIS SISTER LEILA SIVA ON CALLER ID, MY WIFE TINA PACHECO WOULD GET MAD WHEN I QUESTIONED HER ABOUT HER WHERE ABOUTS.

ON 10/13/2011 MY WIFE TINA PACHECO LET ME AGAIN, SHE LEFT OUR GOODWIN HOME AND RAN OFF WITH MANUEL CASTRO, COME TO FIND OUT MANUEL AND MARYANN CASTRO ARE DIVORCING, BECAUSE OF MY WIFE HAVING AN AFFAIR WITH MANUEL CASTRO,THESE TWO PERSONS ARE AT FAULT FOR OUR MARRIAGES ENDING,

I KNOW MS MARYANN CASTRO HAD TRIED TO HOLD ON TO HER MARRIAGE,AS I DID THE SAME, BUT MY WIFE KEPT CALLING HER HUSBAND MANUEL CASTRO AND SHE DID NOT RESPECT MS MARYANN CASTRO SHE LIVED WITH MANUEL CASTRO,THREATEN MS MARYANN CASTRO,VERBALLY,TEXT,EVEN STALKED HER BECAUSE SHE WAS HAVING AN AFFAIR WITH MANUEL CASTRO.

TILL THIS DAY MY WIFE TINA PACHECO AND MANUEL CASTRO ARE LIVING AT MY HOME THAT I BOUGHT ON GOODWIN STREET,ON GOODWIN IN PLEASANTON TEXAS,SHE HAD MS MARYANN CASTRO ARRESTED,CLAIMING SHE HAD HARRASSED HER 1/25/26/2012,MS CASTRO WAS AT WORK,SHE HAD BEEN THREATENED BY BY WIFE, MANY TIMES SHE WAS GOING TO HAVE HER ARRESTED,BECAUSE SHE KNOWS PEOPLE IN LAW ENFORCEMENT,JUDGE GUERRA,OFFICER VELASQUEZ,MS MARYANN CASTRO IS THE WIFE OF MANUEL CASTRO,WHOM MY WIFE LEFT ME FOR BEGINNING 7/3/11 AS OF NOW, I HAVE SEEN HER TEXT MS MARYANN CASTRO AS I SAID SHE DID HARRASS MS MARYANN CASTRO

2

MANY TIMES, BECAUSE MY WIFE TINA PACHECO IS BITTER THAT HER MARRIED LOVER MANUEL CASTRO HAS A WIFE OF 28 YEARS WHOM SHE KNEW, SHE IS THE WIFE OF HER LOVER MARRIED MANUEL CASTRO WHOM SHE HAS BEEN HAVING A SEXUAL AFFAIR WITH SINCE JULY3,2011 AS OF NOW THEY HAVE CONTINUED THEIR SEXUAL AFFAIR IN MY HOME IN PLEASANTON TEXAS ON GOODWIN STREET .February 13, 2012

RESPECTFULLY

MR RUDY PACHECO



IF I CAN BE OF ANY ASSISTANCE
PLEASE CALL ME AT_____
MY ATTORNEY IS DINORAH DIAZ
2325 VANCE JACKSON
SAN ANTONIO TEXAS
78213

Given under my hand and seal this 18th day of February, 2012.

CAROLYN DEHOYOS
Notary Public, State of Texas
My Commission Expires
January 15, 2013

Notary Public

lining Group Inc.
pportunity Employer
1096
68131          402/342-2052

adalupe Castro Jr
ory Shadow
TX  78112

247763

**Advice Routing:**

| | |
|---|---|
| Dept: | 14965 - San Miguel Labor |
| Sub Payroll: | 3 |
| Pay Basis: | Hourly |

**LAST JOB WORKED:**

| | |
|---|---|
| Empl #: | 00000 |
| Job #: | 14965 |
| Location: | San Miguel Labor |

| | |
|---|---|
| Pay Group: | SUM-Hourly Cra: |
| Pay Begin Date: | 04/01/2013 |
| Pay End Date: | 04/07/2013 |

**TAX DATA:**  Federal

| | |
|---|---|
| Marital Status: | Married |
| Allowances: | 0 |
| Addl. Pct.: | |
| Addl. Amt.: | |

## HOURS AND EARNINGS

| | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| | 20.710000 | 40.00 | 828.41 | 523.50 | 10,824.70 |
| Time and One H | 31.065000 | 18.00 | 559.17 | 147.00 | 4,562.38 |
| | | | | 23.00 | 471.39 |
| )ff | | | | 43.50 | 900.90 |
| Non-Taxable | | | | | 324.83 |
| | | 58.00 | 1,387.58 | 737.00 | 17,084.20 |

## TAXES

| Description |
|---|
| Fed Withholdng |
| Fed MED/EE |
| Fed OASDI/EE |
| |
| |
| Total: |

## BEFORE-TAX DEDUCTIONS

| | Current | YTD |
|---|---|---|
| n | 54.59 | 771.50 |
| nsurance | 5.27 | 78.14 |
| Total: | 59.86 | 849.64 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Employee Supplemental Lif | | |
| Accident Death & Dismbr - | | |
| Depend AD & D - KieChoice | | |
| Clothing | | |
| Garnishment - Bankruptcy | | |
| | 194.35 | 2,913.25 |

## EMPLOYE

| Description | Current | YTD |
|---|---|---|
| Medical Insurance | 5.10 | 76.50 |
| Vision Insurance | 0.30 | 4.50 |
| Group Term Life Insuran | 0.18 | 2.70 |
| Group Term Life Insuran | 4.15 | 60.25 |
| Disability Insurance | 184.62 | 2,769.30 |

* Taxable

**TOTAL TAXES**

| Current | YTD |
|---|---|
| 259.91 | 3,029.85 |

**TOTAL DEDUCTIONS**

| Current | YTD |
|---|---|
| 254.21 | 3,762.89 |

**TOTAL GROSS**

| Current | YTD |
|---|---|
| 1,387.58 | 17,084.20 |

**FED TAXABLE GROSS**

| Current | YTD |
|---|---|
| 1,329.00 | 15,928.86 |

**NET PAY DIS**

Advice #53850(

Total:

E:

RECEIPT FOR YOUR CLAIM FOR SUPPLEMENTAL SECURITY INCOME
RECEIPT DATE: March 22, 2001

MARYANN CASTRO
*CR: A. MOLINA* 800
*1213*

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

If you have a question or something to report call (210) 5345443. For general information about Social Security, visit our web site at www.ssa.gov on the Internet.

You may visit or write to the Social Security Office at:
*( MR Johnson )*

SOCIAL SECURITY
ROOM 101
4100 S NEW BRAUNFELS
SAN ANTONIO TX 78223
*( 8/6/01 )*

*MS. Lopez*

We will process your application for Supplemental Security Income as quickly as possible. You should hear from us within __120__ days. If you do not hear from us by then, please get in touch with us.

We will let you know if we need more information to decide if you are eligible for SSI payments. In the meantime, if you move or change your mailing address, you--or someone for you-- should report the change to the office shown above.

Also, you (or someone for you) must let us know if you are admitted to a hospital or other medical facility. You could lose some SSI payments if you do not let us know right away.

Always give your Social Security number when writing or telephoning about your claim. If you have any questions about your claim, we will be glad to help you.
    MARYANN CASTRO
    919 SUTTON APT 22
    SAN ANTONIO, TX 78228


BSI Financial
Services, Inc.

10/09/2014

Sent Via Certified Mail
9307 1100 1170 0770 3512 90

MANUEL G CASTRO JR
1501 OLIVE ST
JOURDANTON, TX 78026-2220

Loan Number:      44675
Property Address:   1501 OLIVE STREET
                    JOURDANTON, TX 78026

### NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear MANUEL G CASTRO JR:

This letter is formal notice by BSI Financial Services, Inc. (herein as "BSI") the Servicer of the above-referenced loan, on behalf of MLB SUB I, LLC that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay the amounts due.

The loan is due for 12/01/2011 and subsequent payments, plus late charges, fees and costs. As of today, the total delinquency and reinstatement amount is $73,967.02, which consists of the following:

| | |
|---|---|
| Next Payment Due Date | 12/01/2011 |
| Total Monthly Payments Due: | $66,367.76 |
| (35 @ $1,732.72) | |
| Late Charges | $4,204.26 |
| Other Fees: | $3,395.00 |
| Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | **$73,967.02** |

**It is possible that after payment of the amounts detailed above there may be other fees still due and owing, including but not limited to other fees, escrow advances or corporate advances that BSI paid on your behalf or advanced to your account.**

This letter is a formal demand to pay $73,967.02. If the default, together with additional payments that subsequently become due, is not cured by 11/13/2014, BSI will accelerate the note so that the entire debt is immediately due and payable, and take steps to terminate your ownership in the property by a foreclosure proceeding or other action to seize the property.

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, BSI offers consumer assistance programs designed to help resolve delinquencies and avoid FORECLOSURE. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other similar alternatives. If you would like to learn more about these programs, you may contact the Loss Mitigation Department at (800) 327-7861, Monday-Wednesday 8 am to 8 pm EST, Thursday 8 am to 6 pm EST, Friday 8 am to 5 pm EST, Saturday 8 am to 12 pm EST. WE ARE VERY INTERESTED IN ASSISTING YOU.

The default above can be cured by payment of the total delinquency and reinstatement amount plus any



9307 1100 1170 0770 3512 90

## NO. 2011 CI 15957

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| | § | |
| MANUEL G. CASTRO | § | 45th JUDICIAL DISTRICT |
| AND | § | |
| MARY ANN CASTRO | § | BEXAR COUNTY, TEXAS |

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
2014 SEP 12 AM 8: 12
DEPUTY

## MOTION TO ACCEPT AND FILE COPY OF AGREEMENT/ORDER IN PLACE OF LOST/MISFILED ORIGINAL

### TO HONORABLE JUDGE OF SAID COURT:

Now comes, **MANUEL G. CASTRO**, Movant in the above-entitled and numbered cause and files this Motion to Accept and File Copy of Agreement/Order in Place of Lost/Misfiled Original and would show the Court in support thereof:

1. The parties reached an Agreement for Final Decree of Divorce on October 30, 2013, a copy of which is attached hereto as Exhibit "A";

2. The Honorable Judge David Canales accepted proof and pronounced and rendered the parties divorced, approving the agreement, on October 30, 2013;

3. Attorney's for the parties made true and correct photocopies of the executed, signed, accepted, approved, and rendered Agreement and attorney for Respondent, Dinorah Diaz, subsequently filed the original document with the Bexar County District Clerk;

4. The original copy of the Agreement has either been misfiled, misplaced, or lost;

5. Movant hereby requests the Court to accept the true and correct copy of said Agreement (Exhibit "A") in lieu of and to replace the misfiled, misplaced or lost original for all purposes;

6. Movant requests the Court make any and all other necessary orders and grant any and all other such relief he may be entitled to in law or equity.



# APPRAISAL OF REAL PROPERTY

**LOCATED AT:**
8165 FM Z140
9.45 Acres, J. Poltivent Survey #1, Abstract 1239
Jourdanton, TX 78026

**FOR:**
Advantage Mortgage
6601 Blanco Road, Suite 100
San Antonio, Texas 78216

**AS OF:**
December 19, 2005

**BY:**
Angela R. Overley
13730 Adobe Walls Drive
Helotes, Texas 78023

(210) 695-4400

Form GA1 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

Borrower/Client  Castro, Manuel G. Jr.
Property Address  1501 Olive St.
City  Jourdanton    County  Atascosa    State  TX    Zip Code  78026
Lender  Advantage Mortgage



### Comparable 1
5920 FM 1332
| | |
|---|---|
| Prox. to Subject | 2.38 miles |
| Sale Price | 240,000 |
| Gross Living Area | 1,793 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | Good |
| View | Countryside |
| Site | 25 Acres |
| Quality | Average |
| Age | 17Yrs/5 Effect. |



### Comparable 2
231 Hayden Road
| | |
|---|---|
| Prox. to Subject | 3.42 miles |
| Sale Price | 220,000 |
| Gross Living Area | 2,569 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.5 |
| Location | Good |
| View | Countryside |
| Site | 1 Acre |
| Quality | Good |
| Age | 5 Years |



### Comparable 3
770 Tom Road
| | |
|---|---|
| Prox. to Subject | 6.15 miles |
| Sale Price | 224,250 |
| Gross Living Area | 2,480 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | Inferior/Out |
| View | Countryside |
| Site | 10 Acres |
| Quality | Average |
| Age | 0 |

There are **3** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 225,000 to $ 255,000

There are **4** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 220,000 to $ 240,000

| FEATURE | SUBJECT | COMPARABLE SALE #1 | +(-) $ Adjustment | COMPARABLE SALE #2 | +(-) $ Adjustment | COMPARABLE SALE #3 | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 1501 Oliva St. Jourdanton | 5920 FM 1332 Jourdanton | | 231 Hayden Road Pleasanton | | 770 Tom Road Pleasanton | |
| Proximity to Subject | | 2.38 miles | | 3.42 miles | | 6.15 miles | |
| Sale Price | $ Refinance | $ 240,000 | | $ 220,000 | | $ 224,250 | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 133.65 sq.ft. | | $ 85.64 sq.ft. | | $ 90.42 sq.ft. | |
| Data Source(s) | | MLS#512184/Agent | | MLS#546896/Agent | | MLS#547580/Agent | |
| Verification Source(s) | | Deed Records | | Deed Records | | Deed Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | | DESCRIPTION | | DESCRIPTION | |
| Sales or Financing Concessions | | Cash | | Conventional $0.00 | | Conventional $0.00 | |
| Date of Sale/Time | | 02/05 | | 09/05 | | 08/05 | |
| Location | Good | Good | | Good | | Inferior/Out | +10,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 9.45 Acres | 25 Acres | -22,500 | 1 Acre | +20,000 | 10 Acres | |
| View | Countryside | Countryside | | Countryside | | Countryside | |
| Design (Style) | 1-Story | 1-Story | | 1-Story | | 1-Story | |
| Quality of Construction | Average | Average | | Good | | Average | |
| Actual Age | 0 | 17Yrs/5 Effect. | +6,000 | 5 Years | +5,000 | 0 | |
| Condition | Good | Good | | Good | | Good | |
| Above Grade Room Count | Total 6 / Bdrms 3 / Baths 2 | Total 6 / Bdrms 3 / Baths 2 | | Total 9 / Bdrms 4 / Baths 2.5 | -3,000 | Total 9 / Bdrms 4 / Baths 3 | -1,000 |
| Gross Living Area | 2,397 sq.ft. | 1,793 sq.ft. | +18,120 | 2,569 sq.ft. | -5,160 | 2,480 sq.ft. | -2,490 |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Central H&A | Central H&A | | Central H&A | | Central H&A | |
| Energy Efficient Items | Average | Average | | Average | | Average | |
| Garage/Carport | Pad Parking | Pad Parking | | 2-Car Garage | -5,000 | 2-Car Garage | -5,000 |
| Porch/Patio/Deck | Porches | Porches | | Porches | | Porches | |
| Fireplace | Fireplace | Fireplace | | Fireplace | | Fireplace | |
| | | Metal Barn | -10,000 | Swimming Pool | -10,000 | | |
| Net Adjustment (Total) | | ☐+ ☒- $ | 9,380 | ☒+ ☐- $ | 1,840 | ☐+ ☒- $ | 1,490 |
| Adjusted Sale Price of Comparables | | Net 3.9 % Gross 23.2 % $ | 230,620 | Net 0.8 % Gross 21.9 % $ | 221,840 | Net 0.7 % Gross 9.6 % $ | 222,760 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s)  San Antonio MLS

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data Source(s)  San Antonio MLS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | See Comments Below. | None | None | None |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | | | | |
| Effective Date of Data Source(s) | | | | |

Analysis of prior sale or transfer history of the subject property and comparable sales  The subject is under construction and has not transferred in the past 36 month period. The sales used in this appraisal have not transferred in the 12 months prior to the above noted transaction.

Summary of Sales Comparison Approach  Equal emphasis was given all sales. Sale 1 was superior in acreage and metal work shop. It was inferior in age and living area. Sale 2 was inferior in acreage and age, but superior in baths, living area, garage and swimming pool. Sale 3 was equal in site size, but inferior in value because it was located out in the county. It was superior in baths, living area and garage. It was necessary to use sales that closed over 6 months ago and to go over 6 miles for comparable sales due to the low density of development in the subject's market area and the need for home sales on acreage tracts. The subject is considered a "mini ranch" and these types of residential properties are becoming increasingly popular in the market.

Indicated Value by Sales Comparison Approach $ 225,000

Indicated Value by: Sales Comparison Approach $ 225,000   Cost Approach (if developed) $ 228,790   Income Approach (if developed) $ N/A

Greatest emphasis was given the market data approach, because it best reflects the actions of buyers and sellers in the marketplace. The cost approach also supports the value. The income approach was not used due to insufficient rental data necessary to develop an indication of value.

This appraisal is made ☐ "as is", ☒ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, or ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  None

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 225,000 , as of  December 19, 2005 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005

Fannie Mae Form 1004 March 2005

Form 1004 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

There are adequate land sales in the market area and subject subdivision to conclude a reasonable estimate of market value for the land.

ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW

Source of cost data Marshall & Swift Residential Cost Handbook

Quality rating from cost service Avg    Effective date of cost data 12/05

Comments on Cost Approach (gross living area calculations, depreciation, etc.)

The living area was provided by the builder.

| | | | | |
|---|---|---|---|---|
| OPINION OF SITE VALUE | | | =$ | 40,000 |
| DWELLING | 2,397 Sq.Ft. @ $ | 70.00 | =$ | 167,790 |
| | Sq.Ft. @ $ | | =$ | |
| Covered Porches | | | =$ | 2,500 |
| Garage/Carport | Sq.Ft. @ $ | | =$ | |
| Total Estimate of Cost-New | | | =$ | 170,290 |
| Less  Physical  Functional  External | | | | |
| Depreciation | | | =$( | ) |
| Depreciated Cost of Improvements | | | =$ | 170,290 |
| "As-is" Value of Site Improvements | | | =$ | 18,500 |

Estimated Remaining Economic Life (HUD and VA only)    55 Years    INDICATED VALUE BY COST APPROACH    =$ 228,790

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ N/A   X Gross Rent Multiplier N/A = $    Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases    Total number of units    Total number of units sold

Total number of units rented    Total number of units for sale    Data source(s)

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.    There is no homeowners association.

Form 1004 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

TEXAS APPRAISER LICENSING AND CERTIFICATION BOARD

*Be it known that*

**ANGELA ROSE OVERLEY**

*having fulfilled the minimum qualifications prescribed by this State,
is hereby authorized to practice real property appraisal in Texas as a*

**STATE CERTIFIED
RESIDENTIAL REAL ESTATE APPRAISER**

*Number: TX-1326255-R*

Date of Issue: June 14, 2004

Date of Expiration: June 30, 2006

*In Witness Thereof*

*Wayne Thorburn*
Commissioner

| | | | | |
|---|---|---|---|---|
| Borrower/Client | Castro, Manuel G. Jr. | | | |
| Property Address | 1501 Olive St. | | | |
| City Jourdanton | County Atascosa | State TX | Zip Code 78026 | |
| Lender Advantage Mortgage | | | | |



### Subject Front

| | |
|---|---|
| 1501 Olive St. | |
| Sales Price | Refinance |
| Gross Living Area | 2,397 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | Good |
| View | Countryside |
| Site | 9.45 Acres |
| Quality | Average |
| Age | 0 |

### Subject Rear

### Subject Street

## Building Sketch

| Borrower/Client | Castro, Manuel G. Jr. | | | | |
|---|---|---|---|---|---|
| Property Address | 1501 Olive St. | | | | |
| City | Jourdanton | County | Atascosa | State TX | Zip Code 78026 |
| Lender | Advantage Mortgage | | | | |

FLOOR PLAN

| | | | |
|---|---|---|---|
| Borrower/Client Castro, Manuel G. Jr. | | | |
| Property Address 1501 Olive St. | | | |
| City Jourdanton | County Atascosa | State TX | Zip Code 78026 |
| Lender Advantage Mortgage | | | |

a la mode, inc.

Comparable #1
221 Hereon Road
(1.5 miles)

Comparable #2
770 Farm Road
(4.2 miles)

Subject
1501 Olive St.

Comparable #3
farm rm 1313
(4.6 miles)

# Flood Map

| Borrower/Client | Castro, Manuel G. Jr. | | | |
|---|---|---|---|---|
| Property Address | 1501 Olive St. | | | |
| City | Jourdanton | County Atascosa | State TX | Zip Code 78026 |
| Lender | Advantage Mortgage | | | |

**InterFlood**
by a la mode
www.interflood.com • 1-800-252-6633

**Prepared for:**
Angela R. Overley Appraisal Services

1501 Olive St.
Jourdanton, TX 78026

ZONE C

DIR8 PANEL 200

**FLOODSCAPE**

Flood Hazards Map

**Map Number**
480014 0175B

**Effective Date**
June 15, 1981

For more information about flood zones and flood insurance, contact:

Powered by FloodSource
877.77.FLOOD
www.floodsource.com

0'     2000'     4000'     6000'     8000'

ZONE A

©1999-2005 SourceProse and/or FloodSource Corporations. All rights reserved. Patents 6,631,326 and 6,678,615. Other patents pending. For Info: info@floodsource.com.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name Angela R. Overley | Name |
| Company Name Overley Appraisal Services, Inc. | Company Name |
| Company Address 13730 Adobe Walls Drive | Company Address |
| Helotes, Texas 78023 | |
| Telephone Number (210) 695-4400 | Telephone Number |
| Email Address angelaoverley@satx.rr.com | Email Address |
| Date of Signature and Report December 28, 2005 | Date of Signature |
| Effective Date of Appraisal December 19, 2005 | State Certification # |
| State Certification # 1326255-R | or State License # |
| or State License # | State |
| or Other (describe) _____ State # | Expiration Date of Certification or License |
| State Texas | |
| Expiration Date of Certification or License 06/30/06 | **SUBJECT PROPERTY** |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 1501 Olive St. | Date of Inspection |
| Jourdanton, TX 78026 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $ 225,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name Sabrina Ranalli-Hall | **COMPARABLE SALES** |
| Company Name Advantage Mortgage | |
| Company Address 6601 Blanco Road, Suite 100, San Antonio, | ☐ Did not inspect exterior of comparable sales from street |
| Texas 78216 | ☐ Did inspect exterior of comparable sales from street |
| Email Address sranalli@logixonline.com | Date of Inspection |

Form 1004 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1004 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address 1501 Olive St. | City Jourdanton State TX Zip Code 78026 |
| Borrower Castro, Manuel G. Jr. | Owner of Public Record Castro, Manuel G. Jr. County Atascosa |
| Legal Description 9.45 Acres, J. Poitvent Survey #1, Abstract 1239 | |
| Assessor's Parcel # R54114 | Tax Year 2005 R.E. Taxes $ 1,022.00 |
| Neighborhood Name Jourdanton Area | Map Reference Atascosa County Census Tract 9903 |

Occupant ☐ Owner ☐ Tenant ☒ Vacant    Special Assessments $ 0.00    ☐ PUD    HOA $ 0.00    ☐ per year    ☐ per month
Property Rights Appraised ☒ Fee Simple    ☐ Leasehold    ☐ Other (describe)
Assignment Type ☐ Purchase Transaction    ☒ Refinance Transaction    ☐ Other (describe)
Lender/Client    Advantage Mortgage    Address 6601 Blanco Road, Suite 100, San Antonio, Texas 78216
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?    ☐ Yes    ☒ No
Report data source(s) used, offering price(s), and date(s).    Area MLS

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.    N/A

Contract Price $ N/A    Date of Contract N/A    Is the property seller the owner of public record?    ☐ Yes    ☐ No    Data Source(s) N/A
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?    ☐ Yes    ☐ No
If Yes, report the total dollar amount and describe the items to be paid.    N/A

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☒ Rural | Property Values ☐ Increasing ☒ Stable ☐ Declining | PRICE $(000) AGE (yrs) | One-Unit 65 % |
| Built-Up ☐ Over 75% ☒ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | 50 Low 0 | 2-4 Unit 2 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | 500 High 75 | Multi-Family 2 % |
| | | 125 Pred. 25 | Commercial 5 % |
| | | | Other 26 % |

Neighborhood Boundaries    The neighborhood is described as the City of Jourdanton, in Atascosa County and the area within a 5-mile radius of its city limits.
Neighborhood Description    The subject is located approximately 35 miles south of San Antonio, west of the Cities of Jourdanton and Pleasanton. Neighborhood support businesses such as restaurants, shopping centers and schools are in close proximity. Both cities offer Council forms of government, police and fire protection. The recent construction of a new hospital in Jourdanton has spurred residential development.
Market Conditions (including support for the above conclusions)    According to information provided by the MLS, the area is experiencing favorable growth in the residential sector as well as good marketability for reasonably priced properties. The typical home in the area is purchased with FHA or VA financing, although Conventional, 3rd Party loans are very common as well.

| | | | |
|---|---|---|---|
| Dimensions Dimensions are Unknown | Area 9.45 Acres, +/- | Shape Unknown | View Countryside |

Specific Zoning Classification Outside the City Limits    Zoning Description None
Zoning Compliance ☐ Legal ☐ Legal Nonconforming (Grandfathered Use) ☒ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?    ☒ Yes    ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | |
| Gas | ☐ | ☒ Private Propane | Sanitary Sewer | ☐ | ☒ Private Septic | Alley None | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone X    FEMA Map # 4800140175B    FEMA Map Date 06/15/81
Are the utilities and off-site improvements typical for the market area?    ☒ Yes    ☐ No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?    ☐ Yes    ☒ No If Yes, describe

| General Description | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☒ Crawl Space | Foundation Walls Slab on Grade | Floors Tile/Carpet/New |
| # of Stories One | ☐ Full Basement ☐ Partial Basement | Exterior Walls Brick&Hardiplank | Walls Sheetrock/Paint/Nw |
| Type ☒ Det. ☐ Att. ☐ S-Det/End Unit | Basement Area sq.ft. | Roof Surface Composition | Trim/Finish Wood/New |
| ☐ Existing ☐ Proposed ☒ Under Const | Basement Finish % | Gutters & Downspouts None | Bath Floor Vinyl/New |
| Design (Style) 1-Story | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type Aluminum | Bath Wainscot Tile/New |
| Year Built 2005-2006 | Evidence of ☐ Infestation | Storm Sash/Insulated Insulated Panes | Car Storage ☐ None |
| Effective Age (Yrs) 0 | ☐ Dampness ☐ Settlement | Screens Aluminum | ☐ Driveway # of Cars |
| Attic ☐ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | Amenities | Driveway Surface Dirt & Gravel |
| ☐ Drop Stair ☐ Stairs | ☐ Other Fuel Propane | ☒ Fireplace(s) # ☐ Fence | ☐ Garage # of Cars |
| ☒ Drop Stair ☐ Scuttle | Cooling ☒ Central Air Conditioning | ☒ Patio/Deck ☒ Porch | ☐ Carport # of Cars |
| ☐ Floor ☐ Heated | ☐ Individual ☐ Other | ☐ Pool ☐ Other | ☐ Att. ☐ Det. ☐ Built-in |
| ☐ Finished | | | |

Appliances ☐ Refrigerator ☒ Range/Oven ☒ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)
Finished area above grade contains:    6 Rooms    3 Bedrooms    2 Bath(s)    2,397 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.).    The subject features a front covered porch and a rear stoop, a fireplace, vaulted ceilings and a separate shower and tub in the Master Bath.
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    The subject is under construction. A final inspection will be required upon completion.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?    ☐ Yes ☒ No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    ☒ Yes ☐ No If No, describe
The subject does not have a garage, but this is not considered adverse to marketability.

# Atascosa CAD

## Property

### Account

| | | | |
|---|---|---|---|
| Property ID: | 17471 | Legal Description: | ABS A01239 J POITEVENT SV-1,9.45 ACRES |
| Geographic ID: | 01239-00-000-001104 | Agent Code: | |
| Type: | Real | | |
| Property Use Code: | | | |
| Property Use Description: | | | |

### Location

| | | | |
|---|---|---|---|
| Address: | 1501 OLIVE ST TX | Mapsco: | |
| Neighborhood: | | Map ID: | |
| Neighborhood CD: | | | |

### Owner

| | | | |
|---|---|---|---|
| Name: | CASTRO MANUEL & MARYANN | Owner ID: | 54028 |
| Mailing Address: | PO BOX 495 PLEASANTON, TX 78064 | % Ownership: | 100.0000000000% |
| | | Exemptions: | DP, HS |

## Values

| | | | Ag / Timber Use Value | |
|---|---|---|---|---|
| (+) Improvement Homesite Value: | + | $159,770 | | |
| (+) Improvement Non-Homesite Value: | + | $0 | | |
| (+) Land Homesite Value: | + | $54,810 | | |
| (+) Land Non-Homesite Value: | + | $0 | | |
| (+) Agricultural Market Valuation: | + | $0 | $0 | |
| (+) Timber Market Valuation: | + | $0 | $0 | |
| (=) Market Value: | = | $214,580 | | |
| (–) Ag or Timber Use Value Reduction: | – | $0 | | |
| (=) Appraised Value: | = | $214,580 | | |
| (–) HS Cap: | – | $0 | | |
| (=) Assessed Value: | = | $214,580 | | |

## Taxing Jurisdiction

Owner: CASTRO MANUEL & MARYANN
% Ownership: 100.0000000000%
Total Value: $214,580

| Entity | Description | Tax Rate | Appraised Value | Taxable Value | Estimated Tax | Tax Ceiling |
|---|---|---|---|---|---|---|
| CAD | County Appraisal District | 0.000000 | $214,580 | $214,580 | $0.00 | |
| FMLR | FARM TO MARKET ROAD | 0.076000 | $214,580 | $211,580 | $160.80 | |
| GAT | ATASCOSA COUNTY | 0.363200 | $214,580 | $214,580 | $779.35 | |
| SJO | JOURDANTON ISD | 1.170000 | $214,580 | $189,580 | $0.00 | $0.0 |

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 12–52696–cag
Chapter No.: 13
Judge: Craig A. Gargotta

IN RE: **Manuel Guadalupe Castro, Jr.**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at     S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on     **9/29/14** at    **09:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 63 Motion for Relief from Stay And Against Co–Debtor (1501 Olive Street, Jourdanton, TX 78026)(14 Day Objection Language) ( Filing Fee: $ 176.00 ) filed by Angela K. Randermann for Creditor BSI Financial Services, as Servicer for Wells Fargo Bank, N.A. (Attachments: # 1 Affidavit # 2 Exhibit)) Hearing Scheduled For 9/29/2014 at 09:00 AM at SA Courtroom 3 (Esquivel, Maria)

Dated: 9/5/14

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

( 210 ) 472-~~5786~~ 6780

Lisa

[Hearing Notice (BK)] [NtchrgBKap]

025169                  74905025194013